| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 9 |
| ALLYSON BROOKE GOLDSCHER | * | September Term, 2024 |
| | * | |

## O R D E R

Upon consideration of the Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent filed by the Bar Counsel and the Respondent, Allyson Brooke Goldscher, on August 16, 2024 in the above-captioned case, in which the parties jointly petition this Court to transfer Respondent to disability inactive status pursuant to Rule 19-736(c) and advise that Respondent consents to being transferred to disability inactive status for an indefinite period, it is this 20th day of August 2024

ORDERED, by the Supreme Court of Maryland, that the Joint Petition is GRANTED, and the Respondent, Allyson Brooke Goldscher, is hereby transferred to disability inactive status by consent for an indefinite period, and it is further

ORDERED that the Clerk of this Court shall remove the name of Allyson Brooke Goldscher from the register of attorneys in this Court and send notice of this order to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Shirley M. Watts
Senior Justice